IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MIKHAIL S. TSUKERMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 22-CV-2666-SMY |
| | ) |
| **LAW FIRM OF BECKER, HOERNER &** | ) |
| **YSURSA and THOMAS J. HUNTER,** | ) |
| | ) |
| Defendants. | ) |

# ORDER

**YANDLE, District Judge:**

In this § 1983 civil rights action, the Court denied Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* and dismissed Plaintiff's Complaint after threshold scrutiny under 28 U.S.C. §1915(e)(2) (Doc. 10). Plaintiff filed an Amended Complaint on January 23, 2023 with a Motion for Leave to File the Amended Complaint and Motion for Reconsideration (Docs. 11-13). The Court denied the motions and dismissed Plaintiff's Amended Complaint without prejudice (Doc. 14). Plaintiff then filed another Motion for Leave to File a Second Amended Complaint and Motion for Reconsideration (Docs. 15-16). For the same reasons, the Court denied the motions (Doc. 17). Plaintiff now seeks leave to appeal *in forma pauperis* (Doc. 19).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). A person seeking leave to appeal in forma pauperis must attach to the motion an affidavit that not only shows his indigence but also claims entitlement to redress and "states the issues that the party intends to present on appeal." *Id.* An appeal is taken in good faith if a reasonable person could suppose that the appeal has some merit. *Walker v. O'Brien*, 216 F.3d

626, 632 (7th Cir.), *cert. denied*, 531 U.S. 1029 (2000), *citing Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Here, Tsukerman has included a verified statement which demonstrates the inability to pay the appeal fee. In addition, Tsukerman has specifically stated the grounds upon which the appeal is sought. Specifically, Tsukerman challenges this Court's threshold scrutiny that complete diversity jurisdiction had not been sufficiently alleged. As such, the Court finds that a reasonable person could suppose that the appeal has merit because there is a controlling question of law at issue. Accordingly, the Motion for Leave to Proceed on Appeal *in Forma Pauperis* is **GRANTED**.

**IT IS SO ORDERED.**

**DATE: October 24, 2023**

                                       **STACI M. YANDLE**
                                       **United States District Judge**