# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 12, 2024

To:  Monica A. Stump
     UNITED STATES DISTRICT COURT
     Southern District of Illinois
     East St. Louis, IL 62201-0000

| No. 23-3045 | MIKHAIL TSUKERMAN,<br>    Plaintiff - Appellant<br><br>v.<br><br>LAW FIRM OF BECKER, HOERNER & YSURSA and THOMAS J. HUNTER,<br>    Defendants - Appellees |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 3:22-cv-02666-SMY<br>Southern District of Illinois<br>District Judge Staci M. Yandle | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**    (form ID: **135**)